# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Exportkreditnamnden ,

                     Plaintiff(s),

vs.                                         Case Number: 12-cv-415-GKF-FHM

                                              Proceeding: Motion Hearing #102 & #105

Fleming Building Company, Inc.,        Date: 11-12-2014

                       Defendant(s).      Court Time: 2:30 p.m.

### MINUTE SHEET

Frank H. McCarthy, U.S. Magistrate Judge      T. Calico, Deputy Clerk      C1, Reporter

Counsel for Plaintiff: Jared Burden; John Burkhardt, Jr.; Todd Marcus (by phone)

Counsel for Defendant: Kenneth Brune; Timothy Houchin

Minutes: Motion hearing held; Motion for Protective Order #105 - granted; Motion to Quash #105 - granted:; Motion to Reset Deadline # 102 - denied

Court Time 2:31 - 3:00