# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Exportkreditnamnden,

                    Plaintiff(s),

vs.                                           Case Number: 12-cv-415-GKF-FHM

Fleming Building Company, Inc.,

                    Defendant(s).

### MINUTE ORDER

At the direction of T. Lane Wilson, U.S. Magistrate Judge, it is hereby ordered that:

Plaintiff's Motion for Order Requiring Defendant/Judgment Debtor to Appear and Answer Questions Concerning Property and Assets (Dkt. 123) is GRANTED in part. Defendant is directed to appear at 9:30 a.m. on December 17, 2014, Magistrate Courtroom No. 2, third floor, by and through one or more officers or representatives of the company who are fully knowledgeable and prepared to testify regarding Defendant's property and assets. If such person or persons require access to documentation or information of any kind to fully testify and respond to questions regarding Defendant's property or assets, Defendant shall make such documentation available to that person during the testimony. The Court will not supply a recording device or court reporter, but plaintiff may have one in attendance for purposes of recording Defendant's testimony.

                                          Phil Lombardi,
                                          Clerk of Court, United States District Court


                                          __S/C. Portilloz_____
                                          By: C. Portilloz, Deputy Clerk