# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Exportkreditnamnden ,

                     Plaintiff(s),

vs.                                         Case Number: 12-cv-415-GKF-FHM

Fleming Building Company, Inc.,

                     Defendant(s).

## MINUTE ORDER

At the direction of T. Lane Wilson, U.S. Magistrate Judge, it is hereby ordered that:

Before the Court is Defendant Fleming Building Company, Inc.'s Application to Re-Set December 17, 2014 Asset Hearing (Dkt. 131). Defendant seeks a continuance of the hearing because its principal is "unavailable on December 17 due to the holidays and previously scheduled conflicts and will be unavailable until the first week of January, 2015." Plaintiff objects (Dkt. 132). As Defendant notes, the Court entered its order on December 3, setting the asset hearing on the regularly scheduled December docket for all such matters. Parties having to appear for an asset hearing are not generally consulted regarding their availability since the Court holds such a docket only once a month. In addition, Defendant has offered no specific reason for its principal's lack of availability, other than an amorphous statement regarding general scheduling conflicts due to the holidays and prior conflicts. Finally, Defendant waited to file its Application until two days prior to the hearing. The Court has considered the application and the objection and finds that it should be, and is hereby, DENIED.

                                                  Phil Lombardi,
                                                 Clerk of Court, United States District Court


                                                 S/C. Portilloz
                                                 By: C. Portilloz, Deputy Clerk