# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Exportkreditnamnden,

                      Plaintiff(s),

vs.

Fleming Building Company, Inc.,
                      Defendant(s).

Case Number: 12-cv-415-GKF-FHM
Proceeding: Asset Hearing
Date: 12-17-2014
Time: 9:30 a.m.

**MINUTE SHEET**

T. Lane Wilson, U.S. Magistrate Judge     C. Portilloz, Deputy Clerk     C2, Reporter

Counsel for Plaintiff: Jared Burden, John Burkhardt, Jr.

Counsel for Defendant: Kenneth Brune
Representative: Arville Gene McCulley

**Minute:**

[X]     Defendant sworn. Asset hearing conducted.

[ ]     Asset Hearing Stricken.

[ ]     Asset Hearing passed to _____ at 9:30 a.m.

[ ]     Defendant did not appear as ordered. Clerk of Court directed to issue Body Attachment.

[ ]     Defendant did not appear as ordered. Assistant United States Attorney requested a Body Attachment. Upon proof of service, Clerk of Court will be directed to issue Body Attachment.

[ ]     Defendant appeared in response to Body Attachment, was sworn, asset hearing conducted and continued to _____ at 9:30 a.m.

[ ]     Body Attachment withdrawn at request of Assistant United States Attorney.

[ ]     Body Attachment withdrawn by Order of Magistrate Judge.

[ ]     Defendant requested continuance; Assistant United States Attorney does not object; continuance granted. Defendant ordered to reappear on _____ at 9:30 a.m.